UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

# 13CV6198

JAMES LYNCH
_____
_____
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

POLICE COMM. RAYMOND KELLY;
POLICE OFFICER WHITE MALE JOHN
DOE #1, 77PCT; POLICE OFFICER
BLACK MALE JOHN DOE #2, 77 PCT;
BLACK MALE POLICE OFFICER, JOHN DOE
#3, 77 PCT; POLICE OFFICER BLACK MALE,
JOHN DOE #4, 77 PCT; POLICE OFFICER,
BLACK MALE, JOHN DOE #5, 77 PCT;
ASSISTANT DISTRICT ATTORNEY, KINGS
COUNTY CRIMINAL COURT JOHN DOE #6.

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names.  The names
listed in the above caption must be identical to those contained in
Part I.  Addresses should not be included here.)*

### COMPLAINT

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☐ Yes   ☐ No
(check one)

**Parties in this complaint:**

A.   List your name, identification number, and the name and address of your current place of
confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
as necessary.

Plaintiff    Name          JAMES LYNCH
             ID #          4411211717
             Current Institution      A.M.C.
             Address       18-18 HAZEN ST.
                           EAST ELMHURST   N.Y. 11370

B.   List all defendants' names, positions, places of employment, and the address where each defendant
may be served.  Make sure that the defendant(s) listed below are identical to those contained in the
above caption.  Attach additional sheets of paper as necessary.

Defendant No. 1    Name   POLICE COMM. RAYMOND KELLY    Shield #_____
                   Where Currently Employed   POLICE HEADQUARTERS
                   Address      ONE POLICE PLAZA
                           NEW YORK, N.Y. 10007

RECEIVED
CRIM PRO SE OFFICE

*Rev. 05/2010*

1

Defendant No. 2     Name   POLICE OFFICER WHITE MASLE JOHN DOE #1     Shield #
                    Where Currently Employed   77TH PRECINCT
                    Address   127 UTICA AVENUE
                    BROOKLYN, N.Y. 11227

Defendant No. 3     Name   POLICE OFFICER BLACK MALE JOHN DOE #2     Shield #
                    Where Currently Employed   77TH PRECINCT
                    Address   127 UTICA AVENUE
                    BROOKLYN, N.Y. 11227

Defendant No. 4     Name   POLICE OFFICER BLACK MALE JOHN DOE #3     Shield #
                    Where Currently Employed   77TH PRECINCT
                    Address   127 UTICA AVENUE
                    BROOKLYN, N.Y. 11227

Defendant No. 5     Name   POLICE OFFICER BLACK MALE JOHN DOE #4     Shield #
                    Where Currently Employed   77TH PRECINCT
                    Address   127 UTICA AVENUE
                    BROOKLYN, N.Y. 11227

## II.   Statement of Claim:

State as briefly as possible the facts of your case.   Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
     NOT APPLICABLE

B.   Where in the institution did the events giving rise to your claim(s) occur?
     NOT APPLICABLE

C.   What date and approximate time did the events giving rise to your claim(s) occur?
     AROUND MARCH 14 TO 15, 2012   AT APPROXIMATELY 1:00 P.M.

D.  Facts:  BETWEEN MARCH 14, TO 16, 2012 AT APPROXIMATELTY
1:00 P.M.  COMING BACK FROM MY METODONE PROGRAM

**What happened to you?**

ST. VINCENT'S PROGRAM, I WAS STOPPED BY DEFENDANT, WHITE MALE
POLICE OFFICER JOHN DOE #1, aAND THE OTHER FOUR BLACK JOHN DOE
POLICE OFFICERS OF THE 77TH PRECINCT, WITHOUT PROBABLE CAUSE,
BUT FOR THE SOLE PURPOSE TO HARASS, AND UNLAWFULLY IMPRISON.

**Who did what?**

THEY REMOVED MY NAPSNACK OFF OF MY BACK WHERE I KEPT MY
METHODONE BOTTLES, AND PONITED OUT AN OUTDATED BOTTLE BY AT
LEST THREE(3) YEARS, AND DEFENDANT WHITE MALE POLICE OFFICER
JOHN DOE #1 STATED IN SUBSTANCE " I AM GOING TO LOCK YOU UP

**Was anyone else involved?**

FOR THIS BOTTLE" EVEN THOUGH IT HAD MY NAME ON IT, AND I CLEARLY
EXPLAINED TO ALL THE DEFENDANT JOHN DOE POLICE OFFICERS THAT I
I HAD JUST RETURNED FROM MY METHODONE PROGRAM, AND THAT I WAS
LEGGALY CERTIFIED TO OBTAON, AND CARRY SAID METHODONE BOTTLES.
WITHOUT WARNING AND/OR GIVING ME MY MIRANDA RIGHTS IU WAS CUFFED
UMLAWFULLY DETAINED, AND TAKEN TO THE 77TH PRECINCT WHERE I

**Who else saw what happened?**

WAS UNLAWFULLY DETAINED IN A HOLDING CELL THAT REEKED OF URINE,
FECES FOR THE NEXT THIRTY-SIX(36) HOURS, WITHOUT ANYTHING TO EAT,
AND/OR DRINK. I REQUESTED A LAWYER, WHICH WAS DENIED AFTER
SEVERAL REQUESTS, THUS VIOLATING MY DUE PROCESS RIGHTS 14TH
RIGHT TO COUNSEL, I WAS KEPT IN THAT RAUNCHY CELL IN A MALICIOUS,
AND SADISTIC MANNER BY ALL THE POLICE OFFICER DEFENDANTS.

III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if
any, you required and received.  LOSS OF FREEDOM, NAME SLANDERED, AND REPUTATION

IN THE COMMUNITY AS A LAW ABIDING CITIZEN, FEAR OF FUTURE
RETALIATION BY ANY NYPD OFFICER THROUGHOUT THE FIVE(5) BOROUGHS.
NIGHTMARES, COLDSWEATS ANXIETY ATTACKS, EMOTIONALLY SCARRED
LOSS OF WAGES,FEAR OF HAVING SEIZURES WHILE IN CUSTODY
OF THE DEFENDANTS, WHO DENIED PLAINTIFF ACCESS TO MEDICAL STAFF,
BECAUSE HE WAS WITHOUT HIS SEIZURE MEDIATION.

IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought
with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner
confined in any jail, prison, or other correctional facility until such administrative remedies as are available are
exhausted."  Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?
XX
Yes ____  No ____

Rev. 05/2010

THE FOLLOWING DAY, I WAS TAKEN TO KINGS COUNTY CRIMINAL COURT, WHERE AFTER BEING FALSELY ACCUSED, I AWS DETAINED, AND MALICIOUSLY PROSE- CUTED BY THE DEFENDANT ASSISTANT DISTRICT ATTORNEY JOHN DOE #5. iI WAS THE N  RELEASED ON MY OWN RECOGNANCE, AND SUBSEQUENTLY THE CASE FOR THE ALLEGED FALSE ARREST WAS DISMISSED, WHEN THE JUSTICE OF THE KINGS COUNTY CRIMINAL COURT DISMISSED THE MATTER, BECAUSE HE LEARNED AS I CLEARLY EXPLAINED TO THE POLICE OFFICERS DEFENDANTS THAT I WAS, IN FACT, AUTHORIZED TO HAVE AND POSSESS THAT PARTICULAR METHODONE BOTTLE THAT THEY FALSELY ACCUSED ME OF HAVING RESIDUE IN VIOLATING MY FOURTH, EIGHTH, AND FOURTEENTH AMENMENTS RIGHTS, GAURANTEED BY THE UNITED STATES CONSTITU ION OF THE UNITED STATES, WITH NO PROBABLE CAUSE TO ARREST, UNLAWFUL IMPRISONMENT, SUBJECTED TO CRUEL, AND UNUSUAL PUNISHMENT BY HOLDING ME IN A CELL WITH SQUALID LIVING CONDITIONS THAT VIOLATE THE MINIMUM STAND- ARDS OF THE BOARD OF CORRECTIONS IN  GIVING ALL DETAINEES IN THEIR CARE, CUSTODY, AND COMTROL REASONABLE ASSURANCE OF CARE THAT DOES NOT RISE TO THE LEVEL OF TORTURE AND IMPLICATE NEGATIVE VALUES OF HUMAN RIGHTS, AND CAUSE TO DISCRIMINATE AGAINST ON E, BECAUSE OF THE COLOR OF HIS SKIN, WHICH WAS THE SOLE PURPOSE OF HIS ARREST.DEFENDANT POLICE COMMISSIONER DEFENDANT RAYMOND KELLY IS LIABLE IN THAT BEING RESPONSIBLE FOR THE ACTS OF HIS SUBORDINATES, FAILED TO EWITHER TEACH, AND/OR TRAIN THE POLICE OFFICERS DEFENDANTS HOW TO GATHER EVIDENCE, AND MAKE ARRESTS THJA IN FACT ARTE OUTSIDE THE SCOPE OF THE CONSTITUTION THAT GIVES RISE TO A CITIZENS LIBERTY INTEREST, WITH THE HIGHEST STANDARDS OF INTEGRIRY. FINALLY, PLAINTIFF WAS DENIED MEDIAL ATTENTION FOR HIS SEIZURE CONDITION, WHILE IN CUSTODY OF THE DEFENDANTS OF THE 77TH PRECINCT.JEBPARDIZING HIS HEALTH AS WELL, AND BEING DELIBERATE INDIFFERENT TO A SERIOUS MEDIAL NEED, WHICH PUT HIS LIFE AT RISK, AND IN DANGER  WHICH COULD HAVE ESSENTIALLY LEAD TO DEATH.

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s). **77TH PRECINCT, KINGS COUNTY CRIMINAL COURT**

B.   Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

   Yes _____   No **XX**   Do Not Know _____

C.   Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

   Yes _____   No **XX**   Do Not Know _____
   **NOT APPLICABLE**
   If YES, which claim(s)? _____

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

   Yes _____   No **XX**

   If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

   Yes **XX**   No _____

E.   If you did file a grievance, about the events described in this complaint, where did you file the grievance? **77TH PRECINCT/COURT APPEARANCES TO LAWYER**

   1.   Which claim(s) in this complaint did you grieve? _____
      **ALL OF THEM**

   2.   What was the result, if any? ____ **NO ONE ANSWERED OR RESPONDED, BUT CASE WAS EVENTUALLY DISMISSEDF**

   3.   What steps, if any, did you take to appeal that decision?  Describe all efforts to appeal to the highest level of the grievance process. ____ **DEFENSE LAWYER VERBALLY AT ALL COURT APPEARANCES**

F.   If you did not file a grievance:

   1.   If there are any reasons why you did not file a grievance, state them here: _____
      **BECAUSE I AM A LAYMAN TO THE LAW**

   2.   If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any:_____

DURING ALL COURT PPEARANCES I INFORMED THE JUSTICE

OF THE KINGS COUNTY CRIMINAL COURT

G.   Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

I AWS DISTRAUGHT BY BEING UNLAWFULLY IMPRISONED, AND IN FEAR

OF MY LIFE FROM BEING IN THAT CELL IN THE PRECINCT IN SUCH

INHUMANE CONDITIONS(FECES AND URINE.

Note:   You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V.   Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). PLAINTIFF SEEKS DAMAGES FROM ALL THE
DEFENDANTS NAMED HERIN IN THEIR INDIVIDUAL, AND OFFICIAL
CAPACITY IN PAIN AND SUFFERING FROM THE FALSEW ARREST, AND
UNLAWFUL IMPRISON MENT IN THE AMOUNT OF ONE(1) MILLION DOLLARS,
PLINTIEF SEEKS PUNITIVE DAMAGES TO PROTECT HIMSELF AND OTHER
INNOCENT CITIZENS FROM FALSE ARRESTS BY THE 77TH PRECINCT,
AND ANY OTHER PRECINCT IN THE FIVE(5) BOROUGHS IN THE AMOUNT OF
ONE(1) MILLION DOLLARS, FINALLY PLAINTIFF SEEKS COMPENSATORY
DAMAGES IN THE AMOUNT OF ONE(1) MILLION DOLLARS FOR A SUBTOTAL
OF THREE(30) MILLION DOLLARS. PLAINTIFF ALSO REQUESTS THAT
THIS COUERT ORDER THE DEFENDANT POLICE COMMISSIONER RAYMOND
KELLY TO ADOPT A POLICY THT WHEN THESE OFFICERS OF THE NEW YORK
CITY POLICE DEPARTMENT MAKE ARRESTS, THEY DO A THOROUGH PRIOR
INVESTIGATION , AND GATHER EVIDENCE THAT STRONGLY SUGGESTS THAT
SOMEONE OF COLOR HAS COMMITTED SAID CRIME, AND THAT THEIR
MIRANDA RIGHTS ARE PROTECTED, AND RIGHT TO COUNSEL IS PROVIDED

VI.   Previous lawsuits:

On these claims

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____   No __XX__

Rev. 05/2010

5

B.   If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1.   Parties to the previous lawsuit:

Plaintiff ___NOT APPLICABLE_____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____
     ___NOT APPLICABLE_____

3.   Docket or Index number ___" "_____" " " "_____" "_____" " " "___

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____" " " "_____" " " "_____" "_____

6.   Is the case still pending? Yes _____ No _____
     If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
     ___NOT APPLICABLE_____
     _____

C.   Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
     Yes _____ No X X

> On other claims

D.   If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1.   Parties to the previous lawsuit:
     ___NOT APPLICABLE_____
Plaintiff _____

Defendants _____

2.   Court (if federal court, name the district; if state court, name the county) _____
     _____

3.   Docket or Index number _____

4.   Name of Judge assigned to your case _____

5.   Approximate date of filing lawsuit _____

6.   Is the case still pending? Yes _____ No _____
     If NO, give the approximate date of disposition _____

7.   What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
     _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __24__ day of __JULY__, 20_13_.

Signature of Plaintiff _____

Inmate Number _4411211717_____

Institution Address _19-19 HAZEN ST, A.M.K.C.

_____EAST ELMHURST, N.Y. 11370___

_____

_____

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this __24__ day of __JULY__, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____
                        JAMES LYNCH

*Rev. 05/2010*

7