UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------X
JAMES LYNCH,

                                          Plaintiff,      **NOTICE OF APPEARANCE**

                -against-                                 14 CV 0162 (PKC) (LB)

POLICE COMM. RAYMOND KELLY; POLICE OFFICER
WHITE MALE JOHN DOE #1, 77 PCT; POLICE OFFICER
BLACK MALE JOHN DOE #2, 77 PCT; BLACK MALE
POLICE OFFICER, JOHN DOE #3 77 PCT; POLICE OFFICER
BLACK MALE, JOHN DOE #4, 77 PCT; POLICE OFFICER
BLACK MALE, JOHN DOE #5, 77 PCT; ASSISTANT
DISTRICT ATTORNEY, KINGS COUNTY CRIMINAL
COURT JOHN DOE #6,

                                          Defendants.
--------------------------------------------------------------------------------X

        **PLEASE TAKE NOTICE** that **Daniel H. Oliner**, Assistant Corporation Counsel, appears as counsel of record on behalf of interested party, Office of the Corporation Counsel.

Dated: New York, New York
         April 21, 2014

                                    ZACHARY W. CARTER
                                    Corporation Counsel of the City of New York
                                    *Attorney for interested party, Office of the Corporation Counsel*

                                    /s/
                                 _____
                        By:    Daniel H. Oliner
                                  Assistant Corporation Counsel
                                  Special Federal Litigation Division
                                  New York City Law Department
                                  100 Church Street
                                  New York, New York 10007
                                  212.356.2329

To:    James Lynch
        353 Kingsborough 3rd Walk
        Apt. # 3D
        Brooklyn, New York 11233
        *Plaintiff pro se*
        (*via first class mail*)