F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 22 2014 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
JAMES LYNCH,

                          Plaintiff,

  -against-

DETECTIVE JAMES ROGELIO, *Shield #2660*,
DETECTIVE EDWARD SINCLAIR, *Shield #5116*,
POLICE OFFICER JOHN DOE #1
POLICE OFFICER JOHN DOE #2,
and JOHN DOE, *Assistant District Attorney,
Kings County Criminal Court*,

                      Defendants.
-----------------------------------------------------------------------X

**ORDER
14 CV 162 (PKC)(LB)**

**BLOOM, United States Magistrate Judge:**

By letter dated April 21, 2014, the Office of Corporation Counsel responds to the Court's Valentin order. (ECF No. 16.) Counsel identifies two members of the New York City Police Department who were involved in plaintiff's arrest: Detective James Rogelio, Shield #2660, and Detective Edward Sinclair, Shield #5116. The Court deems plaintiff's complaint amended to name Rogelio and Sinclair as defendants. The Clerk of Court is directed to amend the caption as indicated above and to prepare the necessary papers to have these two defendants served with process. The United States Marshals Service is hereby directed to serve the summons and the complaint on Rogelio and Sinclair at the following address without prepayment of fees:

                    New York City Police Department
                    Narcotics Borough Brooklyn North
                    One Police Plaza, Room 1100
                    New York, NY 10038

Plaintiff's complaint lists four John Doe police officer defendants. If plaintiff believes additional officers were involved in his arrest, he shall provide a detailed physical description

(sex, race, height, weight, hair color, and age) of these individuals to the Court and the Office of Corporation Counsel by May 16, 2014.

Finally, the Court grants the Office of Corporation Counsel's request an extension of time to identify the John Doe assistant district attorney who was involved in plaintiff's prosecution. The Office of Corporation Counsel shall name and provide an address where this individual may be served with process by May 23, 2014.

SO ORDERED.

/S/ Judge Lois Bloom

LOIS BLOOM
United States Magistrate Judge

Dated: April 22, 2014
       Brooklyn, New York