AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| James Lynch<br><br>*Plaintiff*<br>v.<br>Detective James Rogelio; et. al.<br><br>*Defendant* | )<br>)<br>)<br>)  Civil Action No. 1: 14-CV-162 (PKC)(LB)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Detective James Rogelio
Shield # 2660
New York City Police Department
Narcotics Borough Brooklyn North
One Police Plaza, Room 1100
New York, NY 10038

Detective Edward Sinclair
Shield # 5116
New York City Police Department
Narcotics Borough Brooklyn North
One Police Plaza, Room 1100
New York, NY 10038

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) XXX̶or̶X̶60̶ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James Lynch
353 Kingsborough 3rd Walk, Apt.# 3D
Brooklyn, NY 11233

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
CLERK OF COURT

Date: 04/23/2014

*(signature)* W. Latka-Mucha
*Signature of Clerk or Deputy Clerk*