07-25-14

To the honorable Lois Bloom
Magistrate Judge
U.S Eastern District Court
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: Lynch V. James 14CV162 (PKC) (LB)

My case was filed while I was in jail I respectfully request a court order for dismissal without prejudice rule 41(a)(2) so that I can file it again now that I am out of jail I need this for the Prison litigation reform act.

Sincerly
James Lynch

Received 7/29/14
CHAMBERS OF THE
HON. LOIS BLOOM

James Lynch
c/o R. McCrea
771 Putnam Street
Apt. 4
Brooklyn, N.Y. 11221

NEW YORK NY 100
25 JUL 2014 PM 15 L

Honorable Lois Bloom
Magistrate Judge
225 Cadman Plaza East
Brooklyn, N.Y. 11201

11201183299